# CHARGES AND PENALTIES

**CASE NAME:** HUNTER BOW O'MEALY    **CASE NO.** 2:21-CR-142-TOR-1

TOTAL # OF COUNTS: 3    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2021

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), 846 | Conspiracy to Distribute 400 Grams or More of Fentanyl | CAG not less than 10 years and no more than a life term; and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a |
| 2-3 | 2 1 U.S.C. § 841(a)(1), (b)(1)(B)(vi) | Distribution of 40 Grams or More of Fentanyl | CAG not less than 5 years and no more than 40 years; and/or $5,000,000 fine; not less than 4 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a |
| | 21 U.S.C. § 853 | Forfeiture Allegations | |