Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Richard R. Barker
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUNTER BOW O'MEALY,<br>CALEB RYAN CARR,<br>JAMIE LYNN BELLOVICH, and<br>MATTHEW GUDINO-PENA (a/k/a "Cheesy"),<br><br>Defendants. | No. **2:21-CR-00142-TOR**<br><br>SUPERSEDING INDICTMENT<br><br>Vio.: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), 846<br>Conspiracy to Distribute 400 Grams or More of Fentanyl (Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)<br>Distribution of 40 Grams or More of Fentanyl (Counts 2 – 3)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning on a date unknown, but by May 2021, and continuing until on or about October 15, 2021, in the Eastern District of Washington and elsewhere, the

SUPERSEDING INDICTMENT – 1

Defendants, HUNTER BOW O'MEALY, CALEB RYAN CARR, JAMIE LYNN BELLOVICH, MATTHEW GUDINO-PENA (a/k/a "Cheesy"), and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), 846.

## COUNT 2

On or about August 24, 2021, in the Eastern District of Washington and elsewhere, the Defendants, HUNTER BOW O'MEALY, CALEB RYAN CARR, and JAMIE LYNN BELLOVICH, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), 18 U.S.C. § 2.

## COUNT 3

On or about September 21, 2021, in the Eastern District of Washington and elsewhere, the Defendants, HUNTER BOW O'MEALY, CALEB RYAN CARR, and JAMIE LYNN BELLOVICH, did knowingly and intentionally distribute 40

grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), 18 U.S.C. § 2.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. § 841, as charged in this Superseding Indictment, the Defendants, HUNTER BOW O'MEALY, CALEB RYAN CARR, JAMIE LYNN BELLOVICH, and MATTHEW GUDINO-PENA (a/k/a "Cheesy"), shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendant(s):

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or

SUPERSEDING INDICTMENT – 3

(e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED: this 2 day of November 2021.

A TRUE BILL

Foreperson

_____
Vanessa R. Waldref
United States Attorney

_____
Stephanie Van Marter
Assistant United States Attorney

_____
Richard R. Barker
Assistant United States Attorney

SUPERSEDING INDICTMENT – 4