# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v.  HUNTER BOW O'MEALY**　　　　　Case No.   2:21-CR-142-TOR-1

## Detention Hearing:　　　　　　　　　　　　　　　　　　　　11/10/2021

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Richard Barker, US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services | ☒ | Mark Vovos, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained pending further order of the Court | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

　　Defendant appeared, in custody, with counsel.  Defendant's mother was present in support of Defendant.
　　Parties are prepared to proceed this date.
　　The Court has reviewed Defendant's proposed exhibits provided to the Court and defense counsel.
　　Defense counsel has standing objection to Government's exhibits provided based on speculation, inferences, and violation of Rules of Evidence 701 and 702.
　　USA proffered the Complaint and Affidavit in 2:21-MJ-503-JTR-1, ECF No.  2 (provided to the parties at previous hearing) and will enter information from the Complaint into the record with the testimony of Special Agent Wiseman.

　　Testifying for Government: Jon Wiseman, Special Agent with Drug Enforcement Agency (DEA).  Agent Wiseman was sworn in and testified.
　　Direct examination by Richard Barker.
　　Cross examination by Mark Vovos.
　　Redirect examination by Richard Barker.

　　Government identified its proposed Government Exhibit Complaint Affidavit in cause 2:21-MJ-503-JTR-1 (ECF No. 2).  Agent Wiseman wished to adopt the Affidavit for purposes of his testimony and incorporate it by reference into his testimony.  Government moved to adopt the Complaint Affidavit and include the Complaint Affidavit as part of his sworn testimony.  Government exhibit 2:21-MJ-503-JTR-1 (ECF No. 2) admitted by the Court; defendant's standing objection noted. (Complaint Affidavit)
　　Government identified its proposed Government Exhibit 1 and moved to admit the same: Government Exhibit 1 - admitted by the Court; defendant's standing objection noted. (Video of Firearms)
　　Government identified its proposed Government Exhibit 2 and moved to admit the same: Government Exhibit 2 - admitted by the Court; defendant's standing objection noted. (Video of Guns Being Shot)
　　Government identified its proposed Government Exhibit 3 and moved to admit the same: Government Exhibit 3 - admitted by the Court; defendant's standing objection noted. (Video of Guns Being Shot)

Government identified its proposed Government Exhibit 4 and moved to admit the same: Government Exhibit 4 - admitted by the Court; defendant's standing objection noted. (Photo)

Government identified its proposed Government Exhibit 5 and moved to admit the same: Government Exhibit 5 - admitted by the Court; defendant's standing objection noted. (Text Message)

Government identified its proposed Government Exhibit 6 and moved to admit the same: Government Exhibit 6 - admitted by the Court; defendant's standing objection noted. (Photo of Mexi Pills)

Government identified its proposed Government Exhibit 7 and moved to admit the same: Government Exhibit 7 - admitted by the Court; defendant's standing objection noted. (Video)

Government identified its proposed Government Exhibit 8 and moved to admit the same: Government Exhibit 8- admitted by the Court; defendant's standing objection noted.  (Carr Text Message re: Takedown)

Government identified its proposed Government Exhibit 9 and moved to admit the same: Government Exhibit 9- admitted by the Court; defendant's standing objection noted. (Carr Text Message re: Shooting)

Government identified its proposed Government Exhibit 10 and moved to admit the same: Government Exhibit 10- admitted by the Court; defendant's standing objection noted. (Carr Text Message re: Shooting)

Government identified its proposed Government Exhibit 11 and moved to admit the same: Government Exhibit 11- admitted by the Court; defendant's standing objection noted. (Carr Text Message re: Shooting)

Government identified its proposed Government Exhibit 13 and moved to admit the same: Government Exhibit 13- admitted by the Court; defendant's standing objection noted. (Transcript of O'Mealy Call)

Government identified its proposed Government Exhibit 14 and moved to admit the same: Government Exhibit 14- admitted by the Court; defendant's standing objection noted. (Video of Shooting)

Government identified its proposed Government Exhibit 12 and moved to admit the same: Government Exhibit 12- admitted by the Court; defendant's standing objection noted. (Text Message re: Bellovich)

Government identified its proposed Government Exhibit 15 and moved to admit the same: Government Exhibit 15- admitted by the Court; defendant's standing objection noted. (Text Message re: Changing Identity)

Government identified its proposed Government Exhibit 18 and moved to admit the same: Government Exhibit 18- admitted by the Court; defendant's standing objection noted. (Transcript of Carr Call)

Government identified its proposed Government Exhibit 19 and moved to admit the same: Government Exhibit 19- admitted by the Court; defendant's standing objection noted. (Transcript of Carr Call)

USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.

**Detention hearing waived by Defendant; subject to right to return before the Court should circumstances change.**

Defense counsel argued why the Defendant should be released.

### The Court ordered:
1. The Court took matter under advisement.
2. Defendant shall be detained by the U.S. Marshal until further order of the Court.