MARK E. VOVOS, #4474
2721 S. Pittsburg
Spokane, WA 99203
(509) 326-5220
*Attorney for Hunter Bow O'Mealy*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | **NO. 2:21-CR-00142-TOR-1** |
| Plaintiff, | ) | |
| | ) | HUNTER BOW O'MEALY'S LIST OF |
| v. | ) | WITNESSES TO BE CALLED AND |
| | ) | DOCUMENTS TO BE PRESENTED AT |
| HUNTER BOW O'MEALY, | ) | SENTENCING ON NOVEMBER 2, |
| | ) | 2022 |
| Defendant. | ) | |

Hunter Bow O'Mealy, by and through his attorney, Mark E. Vovos, lists the following witnesses and documents to be presented at trial:

## **WITNESSES**

1. Dr. Robert Cosby, Ph.D., will testify concerning his evaluation of Hunter Bow O'Mealy (ECF 166) as set forth in the Motion for Downward Departure, filed with this Court and provided to the U.S. Attorney on October 10, 2022; and

HUNTER BOW O'MEALY'S LIST OF WITNESSES TO
BE CALLED AND DOCUMENTS TO BE PRESENTED
AT SENTENCING ON NOVEMBER 2, 2022 - 1

MARK E. VOVOS, P.S.
Attorneys At Law
2721 S. Pittsburg
Spokane, WA 99203
(509) 326-5220

2. Hunter Bow O'Mealy's parents: Maralyn O'Mealy, mother and Todd O'Mealy, father regarding the sentencing of their son.

**DOCUMENT**

Psychological Evaluation for Hunterh Bow O'Mealy, which was sent to the Richard Barker, United States Attorney on October 10, 2022, and filed under seal with the Court on October 10, 2022 (ECF 164).

RESPECTFULLY SUBMITTED this 26th day of October, 2022.

*s/ Mark E. Vovos, #4474*
Attorney for Hunter Bow O'Mealy
2721 S. Pittsburg
Spokane, WA 99203
Phone: (509) 326-5220
E-mail: mvovos@mvovos.digitalspacemail8.net

HUNTER BOW O'MEALY'S LIST OF WITNESSES TO BE CALLED AND DOCUMENTS TO BE PRESENTED AT SENTENCING ON NOVEMBER 2, 2022 - 2

MARK E. VOVOS, P.S.
Attorneys At Law
2721 S. Pittsburg
Spokane, WA 99203
(509) 326-5220

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Sandy D. Baggett<br>Attorney at Law<br>170 S. Lincoln Street, Suite 150<br>Spokane, WA 99201<br>sdbaggett@hotmail.com | Attorney for Defendant<br>Caleb Ryan Carr |
| David R. Partovi<br>Partovi Law<br>900 N. Maple, LL<br>Spokane, WA 99201-1807<br>davepartovi@gmail.com | Attorney for Defendant<br>Matthew Gudino-Pena |
| Richard R. Barker<br>U.S. Attorney's Office<br>P.O. Box 1494<br>Spokane, WA 99210-1494<br>richard.barker@usdoj.gov | Attorney for Plaintiff<br>United States of America |
| Stephanie A. Van Marter<br>U.S. Attorney's Office<br>P.O. Box 1494<br>Spokane, WA 99210-1494<br>stephanie.vanmarter@usdoj.gov | Attorney for Plaintiff<br>United States of America |

*s/ Mark E. Vovos, #4474*
Attorney for Hunter Bow O'Mealy
2721 S. Pittsburg
Spokane, WA 99203
Phone: (509) 326-5220
E-mail: mvovos@mvovos.digitalspacemail8.net

HUNTER BOW O'MEALY'S LIST OF WITNESSES TO BE CALLED AND DOCUMENTS TO BE PRESENTED AT SENTENCING ON NOVEMBER 2, 2022 - 3

MARK E. VOVOS, P.S.
Attorneys At Law
2721 S. Pittsburg
Spokane, WA 99203
(509) 326-5220