Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Richard R. Barker
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUNTER BOW O'MEALY, et. al.,<br><br>Defendants. | Case No. 2:21-CR-00142-TOR<br><br>United States' Witness and Exhibit List for Sentencing |

The United States of America, by and through U.S. Attorney Vanessa R. Waldref and Assistant United States Attorneys Stephanie Van Marter and Richard R. Barker, hereby submits the following witness and exhibit list for sentencing, which is scheduled for November 2, 2022.

At sentencing, the United States anticipate calling DEA Task Force Officer Timothy Snell.[1] The United States may also present as an exhibit the PowerPoint, and/or an abbreviated version of that document, which was attached as an exhibit to the United States' Sentencing Memorandum. ECF No. 169 at A. In addition, the United States anticipates presenting Victim Impact Letter from T.M. as an exhibit. The United States

---

[1] To the extent appropriate, and in the event the Defense raises new information through their witnesses at sentencing, the United States reserves the right to call additional witnesses/present additional witnesses to rebut such information

received that letter on October 26, 2022 and has circulated the letter to U.S. Probation and to the Defense.

Dated: October 26, 2022

Vanessa R. Waldref
United States Attorney

*/s/ Richard R. Barker*
Richard R. Barker
Stephanie Van Marter
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification to counsel of record

*/s/ Richard R. Barker*
Richard R. Barker
Assistant United States Attorney

United States' Witness and Exhibit List